# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION



AUG 30 2019

Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 19-97-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| MICHAELA JO JACKSON, | |
| Defendant. | |

Pending before the Court is the motion of the United States of America to dismiss the indictment with prejudice (Doc. 5). For good cause being shown,

IT IS HEREBY ORDERED that the indictment in the above-captioned case is DISMISSED WITH PREJUDICE.

DATED this 30th day of August, 2019.

SUSAN P. WATTERS
United States District Judge

1